UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RUDOLPH LANGE,

        Plaintiff,

    v.

JOHN DEROUSSE,

CASE NO. C08-1444-JCC

ORDER

This matter comes before the Court on Plaintiff's Motion for Reconsideration (Dkt. No. 17). Plaintiff asks the Court to reconsider its previous Order (Dkt. No. 12) that dismissed the Snohomish Police Department and the Everett Police Department as defendants for failure to allege sufficient facts to identify a basis for municipal liability under *Monell v. Department of Social Services*, 436 U.S. 658 (1978).

The Local Rules provide:

> Motions for reconsideration are disfavored. The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence.

Local Rules W.D. Wash. CR 7(h).

Plaintiff's motion for reconsideration shows neither manifest error nor new facts. Instead, Plaintiff merely asserts that his failure to identify a municipal "policy" or "custom" should be excused

ORDER

1 because of his incarceration and limited access to the law library. (*See* Mot. 3 (Dkt. No. 17).) This is
2 not a basis to reconsider a previous order. *See* Local Rules W.D. Wash. CR 7(h). Plaintiff may seek to
3 cure the deficiencies in his second amended complaint through amendment, not by a motion for
4 reconsideration. Accordingly, Plaintiff's motion (Dkt. No. 17) is hereby DENIED.

SO ORDERED this 12th day of May, 2009.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

26 ORDER