UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUDOLPH LANGE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DEROUSSE,<br><br>　　　　　Defendant. | C08-1444-JCC<br><br>**ORDER** |

This matter comes before the Court on the report and recommendation of Magistrate Judge James P. Donohue. (Dkt. No. 50). In addition to having reviewed the report and recommendation, the Court has also considered Plaintiff's second amended complaint (Dkt. No. 9), Defendant's motion for summary judgment (Dkt. No. 40), and the rest of the relevant record. The Court hereby ORDERS:

　　(1)　The Magistrate Judge's report and recommendation (Dkt. No. 50) is ADOPTED.

　　(2)　Defendant's motion for summary judgment (Dkt. No. 40) is GRANTED.

　　(3)　This case is hereby DISMISSED with prejudice.

1 | The Clerk of the court shall send copies of this order to Plaintiff, to counsel for Defendant, and
2 | to the Honorable James P. Donohue.

SO ORDERED this 4th day of February, 2010.

JOHN C. COUGHENOUR
United States District Judge